DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
DEC 0 7 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
ETHEL M. CALALANG

Chapter 13
Case No. 03-3-2877 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $909.59 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 010 | CLERK OF THE COURT FOR CITIBANK/CHOICE P O BOX 6305 THE LAKES, NV 88901-6305 | $909.59 |

Dated:   December 3, 2009

CECILIA MARCELO
Receipts Administrator